UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SUSIE S. MOHORN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:05-CV-518 |
| | ) | (VARLAN/SHIRLEY) |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT ON DECISION BY THE COURT**

This civil action came before the Court, Honorable Thomas A. Varlan, United States District Judge, presiding. The issues having been heard and a decision having been rendered,

It is **ORDERED** and **ADJUDGED** that:

(1) Defendant's Motion for Summary Judgment [Doc. 12] is **DENIED**; and

(2) Plaintiffs' Motion for Summary Judgment [Doc. 17] is **GRANTED** and judgment shall be entered in favor of plaintiffs.

Accordingly, plaintiffs shall recover from defendant the amount of overtime compensation owed to them for their overtime hours worked since August 23, 2004 and an amount of liquidated damages equal to that amount of unpaid overtime compensation. The parties shall have sixty (60) days from the entry of this order to file the appropriate documentation establishing the amount of overtime compensation and liquidated damages owed to plaintiffs. Plaintiffs shall have thirty (30) days from entry of this order to request reasonable attorney's fees and litigation costs pursuant to 29 U.S.C. § 216(b).

Dated at Knoxville, Tennessee, this ____ day of July 2007.

                                              s/ Patricia L. McNutt
                                              CLERK OF COURT